IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HERSHEL BIFFLE and FELECIA BIFFLE,
his wife,

      Plaintiffs,

v.                                                        CASE NO.: 1:09cv67-SPM/AK

SMITHKLINE BEECHAM CORPORATION
et al.,

      Defendants.
_____/

## ORDER GRANTING STAY PENDING RULING ON MDL TRANSFER

Upon consideration, the parties' Agreed Motion to Stay Proceedings Pending the Judicial Panel on Multidistrict Litigation's Ruling on Transfer and Consolidation (doc. 12) is granted. On or before July 1, 2009, Plaintiff shall file a report on the status of the motion to transfer.

SO ORDERED this 20th day of May, 2009.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge